**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>     Plaintiffs,<br><br>v.<br><br>HUAWEI DEVICE USA, INC. and<br>HUAWEI DEVICE CO. LTD.,<br><br>     Defendants. | Civil Action No.   2:17-cv-00746-JRG-RSP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together, "Uniloc"), and

Defendants, Huawei Device USA, Inc. and Huawei Device Co. Ltd. (together, "Huawei"), have

agreed to settle the above matter, and therefore stipulate, under Federal Rule of Civil Procedure

41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties.

Uniloc and Huawei shall each bear their own attorney fees, expenses, and costs.  All other relief

requested between the parties should be denied as moot.

Date:  July 2, 2019

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes
Kevin Gannon
Aaron S. Jacobs
PRINCE LOBEL TYE LLP
One International Place - Suite 3700
Boston, MA 02110
Tel: 617-456-8000
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
NELSON BUMGARDNER ALBRITTON P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

Shawn Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
NELSON BUMGARDNER ALBRITTON P.C.
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**Attorneys for Plaintiffs**

*/s/ Jason W. Cook*
Jason W. Cook
Texas State Bar No. 24028537
Shaun W. Hassett
Texas State Bar No. 24074372
Kuan-Chieh Tu
Texas State Bar No. 24090443
McGuireWoods LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 273-6499
jcook@mcguirewoods.com
shassett@mcguirewoods.com
gtu@mcguirewoods.com

**Attorneys for Defendants**
**HUAWEI DEVICE USA, INC. AND**
**HUAWEI DEVICE CO., LTD.**

## CERTIFICATE OF SERVICE

I certify that on July 2, 2019, a copy of this document was served upon all counsel of record via the Court's CM/ECF system, in accordance with this Court's Local Rules.

*/s/ Kevin Gannon*