**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. ET AL, | § § § | |
| Plaintiffs, | § § | Case No. 2:17-cv-00746-JRG-RSP |
| v. | § § | |
| HUAWEI DEVICE USA, INC. ET AL, | § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Parties' Stipulation of Dismissal. (Dkt. No. 52.) This Stipulation states that the parties have agreed to settle this case and that the parties have stipulated under Rule 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties. The stipulation also states that Plaintiffs and Defendants shall each bear their own attorney fees, expenses, and costs and states that all other relief requested between the parties should be denied-as-moot.

After consideration, the Court **APPROVES** the Parties' Stipulation of Dismissal (Dkt. No. 52). It is therefore **ORDERED** that (1) all claims and counterclaims between the parties are **DISMISSED WITH PREJUDICE**; (2) each party shall bear its own attorneys' fees, expenses, and costs; and (3) all other relief requested between the parties is hereby **DENIED-AS-MOOT**. The Clerk is directed to close this case as no active defendants remain.

**So Ordered this**
**Jul 8, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE